```
 1  BRENDA H. ENTZMINGER
    Nevada Bar No. 9800
 2  RYAN M. KERBOW
    Nevada Bar No. 11403
 3  PHILLIPS, SPALLAS & ANGSTADT LLC
    504 South Ninth Street
 4  Las Vegas, Nevada 89101
 5  (702) 938-1510
    (702) 938-1511 (Fax)
 6  bentzminger@psalaw.net
 7  rkerbow@psalaw.net

 8  Attorneys for Defendant
    Wal-Mart Stores, Inc.
 9
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MAUREEN MORLEY, | Case No.: 2:17-cv-01009-GMN-VCF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES INC., a Foreign Corporation; DOES I through X, inclusive and ROE ENTITIES I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//

//

//

//

//

//

party's own costs and attorney's fees.

DATED this 10 day of July, 2017.   DATED this 10th day of July, 2017.

**WALSH & FRIEDMAN, LTD.**    **PHILLIPS, SPALLAS & ANGSTADT**

Robert J. Walsh, Esq.    Ryan Kerbow, Esq.
400 S. Maryland Parkway    504 South Ninth Street
Las Vegas, Nevada 89101    Las Vegas, Nevada 89101
*Attorneys for Plaintiff*    *Attorneys for Defendant*
*Maureen Morley*    *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 20 day of July, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT